**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Retek Inc., Plaintiff, vs. George Hunter Harris, Defendant. | ) ) ) ) ) ) ) ) ) | Court File No. 01-CV-321(PAM/SRN) |

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED between Plaintiff Retek Inc. and Defendant George Hunter Harris, by and through their attorneys, that all claims and causes of action asserted in the above-captioned matter are hereby dismissed with prejudice and on the merits, but without costs or disbursements to either party.

IT IS FURTHER STIPULATED that the Court may enter an Order for judgment of dismissal with prejudice, without costs or disbursements to either party, based on the foregoing Stipulation without further notice.

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 14 2001
DEPUTY CLERK

**MERCHANT & GOULD, P.C.**

Dated: June 12, 2001.

Allen W. Hinderaker Reg. No. 45287
Anthony R. Zeuli Reg. No. 274884
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300
Attorneys for Plaintiff Retek Inc.

**FAEGRE & BENSON, L.L.P.**

Dated: June 11, 2001.

Ronald J. Lee, Reg. No. 200505
Holly M. Robbins, Reg. No. 260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Phone: (612) 336-3394
Fax: (612) 336-3026
Attorneys for Defendant George Hunter Harris

**ORDER**

UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter a Judgment dismissing all claims and causes of action with prejudice and on the merits, without cause or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14, 2001.

Paul A. Magnuson
United States District Court Judge